■ CHEMICAL CORN EXCHANGE BANK, Appellant, v. LOUIS AARONS, Individually and as One of the Copartners Doing Business under the Name of PEERLESS CONSTRUCTION COMPANY, Respondent.— Order denying summary judgment unanimously affirmed, with $20 costs and disbursements to abide the event. The record before us is so inadequate that we cannot say as a matter of law that the oral agreement of forbearance is insufficient as a defense. Issues of fact are presented as to the nature of the alleged agreement, its performability within a year, the consideration for the alleged agreement to forbear, and the factors going to its validity as a matter of public policy. The resolution of those issues must await a trial. Concur — Botein, P. J., Breitel, Rabin, Stevens and Valente, JJ.

■ ABRAHAM J. KAMINSKY, Appellant, v. ALBERT M. KAHN, Respondent. — Appeal from original order dismissed, without costs. Resettled order and judgment entered thereon unanimously modified on the law and in the exercise of discretion so as to permit plaintiff to institute such action at law or in equity as may be appropriate, and as so modified, the resettled order and judgment are affirmed, with costs to respondent. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM F. HEALION et al., Appellants, ALBERTINE ERIKSEN, Appellant-Respondent, and JOHN J. HART, Respondent, v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent-Appellant.— Judgment unanimously affirmed, with costs to the defendant-respondent-appellant, Board of Higher Education of the City of New York, against the plaintiffs-appellants. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR KELLY and JOHN FRANCISHINE, Appellants.— Judgment against Arthur Kelly unanimously affirmed. No opinion. Judgment against John Francishine unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of MILTON I. HIRSCHORN, Appellant, against ALEXANDER A. FALK et al., Constituting the New York State Civil Service Commission, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ. [10 Misc 2d 554.]